United States District Court
Southern District of Texas
**ENTERED**
September 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| QUELEN NOLASCO HERRERA, § | |
|     Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. B-15-189 |
| § | |
| LORIE DAVIS, § | |
|     Respondent. § | |

# ORDER

Pending is the Magistrate Judge's August 5, 2016, Report and Recommendation in the above-referenced cause of action. [Doc. No. 13]  No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation [Doc. No. 13] is hereby adopted.  Therefore, it is ordered that Respondent Lori Davis' Motion for Summary Judgment [Doc. No. 12] is granted and Petitioner Quelen Nolasco Herrera's petition for writ of *habeas corpus* by a person in state custody pursuant to 28 U.S.C. § 2254 is dismissed as untimely filed.  The Court denies the Petitioner's Certificate of Appealability.

Signed this 21st day of September, 2016.

    Andrew S. Hanen
    United States District Judge